CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 1 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| MATHEW MORRIS, | ) | Civil Action No. 7:10-cv-00037 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BUREAU OF PRISONS, <u>et al.</u>, | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that plaintiff's complaint is **DISMISSED** without prejudice for failure to pay the filing fee and

the action is **STRICKEN** from the active docket of the court. Plaintiff may refile the action as a

new and separate civil action.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER**: This _____ day of February, 2010.

_____
Senior United States District Judge